■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. BERNARD W. COSTICH, Respondent. [668 NYS2d 88] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [See, 230 AD2d 366.]